Santiago Armenta v. The State.

No. 6922.   Decided March 22, 1922.

Murder—Withdrawal of Appeal—Abatement.

Appellant having filed an affidavit in due form asking that he be permitted to withdraw his appeal, the application is granted, and the appeal is ordered abated.

Appeal from the District Court of Webb.   Tried below before the Honorable J. F. Mullally.

Appeal from a conviction of murder; penalty, thirty years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

LATTIMORE, Judge.—Appellant was convicted in the district court of Webb county of murder, and his punishment fixed at thirty years in the penitentiary.

Appellant has filed an affidavit in due form asking that he be permitted to withdraw his appeal. The application is granted, and the appeal is ordered abated.

*Abated.*